UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

United States of America,

        Plaintiff,

    vs.                                                    ORDER ADOPTING THE
                                                              REPORT AND RECOMMENDATION
Calvin Doise Little,

        Defendant.            Crim. No. 08-394 (DSD/RLE)

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

Based upon the Findings and Recommendation of the United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED** that:

That the Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Docket No. 27] is denied.

Dated:  March 4, 2009

                                s/David S. Doty
                                David S. Doty, Judge
                                United States District Court